B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re _Nelson C Payne_____,                Case No. _16-14802_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp., Mortgage Pass-Through Certificates Series 2006-4
**Name of Transferee**

Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement relating to IMPAC Secured Assets Corp., Mortgage Pass-Through Certificates, Series 2006-4
**Name of Transferor**

Name and Address where notices to transferee should be sent:
  Select Portfolio Servicing, Inc.
  P.O. Box 65250
  Salt Lake City, UT 84165-0250

Court Claim # (if known): _____3_____
Amount of Claim:        $372,555.64
Date Claim Filed:      _08/19/2016_

Phone: _(800) 258-8602_____
Last Four Digits of Acct #: _____4690_____

Phone: _1-800-669-6607_____
Last Four Digits of Acct. #: _____3618___

Name and Address where transferee payments should be sent (if different from above):
  Select Portfolio Servicing, Inc. Attn: Remittance Processing
  PO Box 65450
  Salt Lake City, UT 84165-0450

Phone: _(800) 258-8602_____
Last Four Digits of Acct #:_____4690_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Ross Brand_____        Date:_12/07/2016_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.