## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE | ) | Case No. 16-14802 |
| | ) | |
| Nelson C Payne, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Jack B. Schmetterer |

## AGREED ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION

This cause coming before the court on the Creditor's Objection to Confirmation, all parties having been given notice thereof, and the Court being duly advised, it is hereby ordered by the Court that:

The Debtor's amended Chapter 13 Plan dated May 22, 2017 is confirmed with the following modifications:

1. The following protective language shall be added to the Special Terms of the Debtor's amended Chapter 13 Plan.

   a. Debtor shall repay the Creditor for post-petition disbursements of $2,268.87 within six (6) months of plan confirmation. The Debtor's failure to timely repay the Creditor for the post-petition disbursements shall constitute a default.

   b. Debtor will pay monthly escrow payments for taxes and insurance directly to the Creditor and according to the annual Escrow Statement(s) issued by Creditor.

   c. Creditor will file necessary Notice of Payment Changes with the court at least 21 days prior to any change in escrow. Debtor is responsible for paying the correct monthly payment

   d. If Debtor fails to make 2 or more monthly escrow payments directly to Creditor, Debtor shall be deemed in default.

   e. In the event the Debtor fails to comply with any provision in the aforementioned paragraphs, the automatic stay shall modify as to Creditor without further Court order if, upon written notice of said noncompliance to the Debtor, and his attorney, the

Debtor does not fully cure the noncompliance within 28 days from the date the notice is sent.

f.   In the event that the property is destroyed or damaged, pursuant to the mortgage, Creditor is entitled to its full rights as loss payee with respect to the insurance proceeds and has a security interest in such proceeds up to the entire balance due on the mortgage.

g.   Creditor shall retain its lien for the full amount due under the subject loan should the subject property be sold or should a refinance take place prior to the Plan completion and entry of discharge.

h.   If the Debtor converts this case to any other chapter, or the case is dismissed, the loan will reinstate back to its original terms and be payable according to the terms of the mortgage and note.

AGREED as to form and content by:

Deutsche Bank National Trust Company, as
Trustee under the Pooling and Servicing
Agreement Relating to IMPAC Secured Assets
Corp., Mortgage Pass-Through Certificates,
Series 2006-4,

Nelson C Payne,

  /s/ Amanda J. Doyle
Amanda J. Doyle of
Heavner, Beyers & Mihlar, LLC

John P Wonais, his attorney

SO ORDERED.

ENTERED: 24 MAY 2017

Janet S. Baer AB

Hon. Jack B. Schmetterer
UNITED STATES BANKRUPTCY JUDGE